■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS CROSS, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered June 12, 2009. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN N. POTTER, Appellant. [901 NYS2d 895]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered June 24, 2009. The judgment convicted defendant, upon a jury verdict, of assault in the second degree and resisting arrest.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.